UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Antar Abdulahi Ali,

        Plaintiff,

v.

Loretta E. Lynch, et al.,

        Defendants.

Case No. 15-cv-2592 PJS/FLN

ORDER

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 25, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Ali's petition for writ of habeas corpus (ECF No. 1) is **DENIED**; and

2. Respondents' motion to dismiss the petition as moot (ECF No. 24) is **GRANTED.**

LET JUDGEMENT BE ENTERED ACCORDINGLY.

DATED: 2/10/16

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Court Judge